JPE 000173 000001 XN50K 0000210008 1

# Earnings Statement

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 05/03/2026
Period Ending: 05/16/2026
Pay Date: 05/22/2026

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 56.00 | 6,730.77 | 71,730.75 |
| Pto | | 24.00 | | |
| **Gross Pay** | | | **$6,730.77** | 71,730.75 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -689 .24 | 7,373.05 |
| | Social Security Tax | -411 .83 | 4,387.13 |
| | Medicare Tax | -96 .31 | 1,026.02 |
| | PA State Income Tax | -203 .93 | 2,172.37 |
| | Philadelphia Income Tax | -230 .87 | 2,460.40 |
| | PA SUI Tax | -4 .71 | 50.21 |
| | **Other** | | |
| | Medical | -11 .31* | 124.41 |
| | Medical Fsa | -76 .92* | 846.12 |
| | Mep 401K Loan 2 | -100 .07 | 400.28 |
| | Met Shrt Trm Ds | -54 .52 | 581.03 |
| | 401K Mep | -403 .85* | 3,003.84 |
| | Mep 401K Loan 1 | | 2,009.20 |
| | **Net Pay** | **$4,447.21** | |
| | Checking | -4 ,447.21 | 47,296.69 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,238.69
Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 717.34 |
| Pto Hours Bal | 46.20 | |
| Totl Hrs Worked | 56.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

**Advice number:** **00000210008**
Pay date: 05/22/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KALEISHA N MATTIS** | xxxxxx8659 | xxxx xxxx | $4,447.21 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | [illegible] |
|---|---|---|---|---|---|
| JPE | 000173 | 000001 | XN50K | 0000190007 | 1 |

# Earnings Statement

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 04/19/2026
Period Ending: 05/02/2026
Pay Date: 05/08/2026

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

| **Earnings** | | rate | salary/hours | this period | year to date |
|---|---|---|---|---|---|
| Regular | | 6730.77 | 80.00 | 6,730.77 | 64,999.98 |
| | **Gross Pay** | | | **$6,730.77** | 64,999.98 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -721.55 | 6,683.81 |
| | Social Security Tax | -411.84 | 3,975.30 |
| | Medicare Tax | -96.32 | 929.71 |
| | PA State Income Tax | -203.93 | 1,968.44 |
| | Philadelphia Income Tax | -230.87 | 2,229.53 |
| | PA SUI Tax | -4.71 | 45.50 |
| | **Other** | | |
| | Medical | -11.31* | 113.10 |
| | Medical Fsa | -76.92* | 769.20 |
| | Mep 401K Loan 1 | -200.92 | 2,009.20 |
| | Mep 401K Loan 2 | -100.07 | 300.21 |
| | Met Shrt Trm Ds | -54.52 | 526.51 |
| | 401K Mep | -269.23* | 2,599.99 |
| | **Net Pay** | **$4,348.58** | |
| | Checking | -4,348.58 | 42,849.48 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31

Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 650.03 |
| Pto Hours Bal | 65.58 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

**Advice number:** **00000190007**
Pay date: 05/08/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KALEISHA N MATTIS** | xxxxxx8659 | xxxx xxxx | $4,348.58 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

JPE 000173 000001 XN50K 0000170007 1

# Earnings Statement

ADP®

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 04/05/2026
Period Ending: 04/18/2026
Pay Date: 04/24/2026

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 80.00 | 6,730.77 | 58,269.21 |
| **Gross Pay** | | | **$6,730.77** | 58,269.21 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -721.55 | 5,962.26 |
| Social Security Tax | -411.84 | 3,563.46 |
| Medicare Tax | -96.32 | 833.39 |
| PA State Income Tax | -203.93 | 1,764.51 |
| Philadelphia Income Tax | -230.87 | 1,998.66 |
| PA SUI Tax | -4.71 | 40.79 |
| **Other** | | |
| Medical | -11.31* | 101.79 |
| Medical Fsa | -76.92* | 692.28 |
| Mep 401K Loan 1 | -200.92 | 1,808.28 |
| Mep 401K Loan 2 | -100.07 | 200.14 |
| Met Shrt Trm Ds | -54.52 | 471.99 |
| 401K Mep | -269.23* | 2,330.76 |
| **Net Pay** | **$4,348.58** | |
| Checking | -4,348.58 | 38,500.90 |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31

Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

### Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 582.72 |
| Pto Hours Bal | 60.96 | |
| Totl Hrs Worked | 80.00 | |

### Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

ADP®

**Advice number:** **00000170007**
Pay date: 04/24/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KALEISHA N MATTIS | xxxxxx8659 | xxxx xxxx | $4,348.58 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

JPE 000173 000001 XN50K 0000150007 1

# Earnings Statement

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 03/22/2026
Period Ending: 04/04/2026
Pay Date: 04/10/2026

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 72.00 | 6,730.77 | 51,538.44 |
| Pto | | 8.00 | | |
| **Gross Pay** | | | **$6,730.77** | 51,538.44 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -721.55 | 5,240.71 |
| | Social Security Tax | -411.84 | 3,151.62 |
| | Medicare Tax | -96.31 | 737.07 |
| | PA State Income Tax | -203.93 | 1,560.58 |
| | Philadelphia Income Tax | -230.87 | 1,767.79 |
| | PA SUI Tax | -4.71 | 36.08 |
| | **Other** | | |
| | Medical | -11.31* | 90.48 |
| | Medical Fsa | -76.92* | 615.36 |
| | Mep 401K Loan 1 | -200.92 | 1,607.36 |
| | Mep 401K Loan 2 | -100.07 | 100.07 |
| | Met Shrt Trm Ds | -54.52 | 417.47 |
| | 401K Mep | -269.23* | 2,061.53 |
| | **Net Pay** | **$4,348.59** | |
| | Checking | -4,348.59 | 34,152.32 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31
Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 515.41 |
| Pto Hours Bal | 56.34 | |
| Totl Hrs Worked | 72.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

**Advice number:** **00000150007**
Pay date: 04/10/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KALEISHA N MATTIS | xxxxxx8659 | xxxx xxxx | $4,348.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

JPE 000173 000001 XN50K 00000130007 1

# Earnings Statement

ADP

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 03/08/2026
Period Ending: 03/21/2026
Pay Date: 03/27/2026

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 72.00 | 6,730.77 | 44,807.67 |
| Float Holiday | | 8.00 | | |
| **Gross Pay** | | | **$6,730.77** | 44,807.67 |

## Deductions

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -721.55 | 4,519.16 |
| | Social Security Tax | -411.83 | 2,739.78 |
| | Medicare Tax | -96.32 | 640.76 |
| | PA State Income Tax | -203.93 | 1,356.65 |
| | Philadelphia Income Tax | -230.87 | 1,536.92 |
| | PA SUI Tax | -4.72 | 31.37 |
| **Other** | | | |
| | Medical | -11.31* | 79.17 |
| | Medical Fsa | -76.92* | 538.44 |
| | Mep 401K Loan 1 | -200.92 | 1,406.44 |
| | Met Shrt Trm Ds | -54.52 | 362.95 |
| | 401K Mep | -269.23* | 1,792.30 |
| | **Net Pay** | **$4,448.65** | |
| | Checking | -4,448.65 | 29,803.73 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31

Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 448.10 |
| Pto Hours Bal | 59.72 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

ADP

**Advice number:** **00000130007**
Pay date: 03/27/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KALEISHA N MATTIS** | xxxxxx8659 | xxxx xxxx | $4,448.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

JPE 000173 000001 XN50K 0000110007 1

# Earnings Statement

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 02/22/2026
Period Ending: 03/07/2026
Pay Date: 03/13/2026

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 80.00 | 6,730.77 | 38,076.90 |
| **Gross Pay** | | | **$6,730.77** | 38,076.90 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -721.55 | 3,797.61 |
| | Social Security Tax | -411.84 | 2,327.95 |
| | Medicare Tax | -96.32 | 544.44 |
| | PA State Income Tax | -203.93 | 1,152.72 |
| | Philadelphia Income Tax | -230.87 | 1,306.05 |
| | PA SUI Tax | -4.71 | 26.65 |
| | **Other** | | |
| | Medical | -11.31* | 67.86 |
| | Medical Fsa | -76.92* | 461.52 |
| | Mep 401K Loan 1 | -200.92 | 1,205.52 |
| | Met Shrt Trm Ds | -54.52 | 308.43 |
| | 401K Mep | -269.23* | 1,523.07 |
| | **Net Pay** | **$4,448.65** | |
| | Checking | -4,448.65 | 25,355.08 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31

Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 380.79 |
| Pto Hours Bal | 55.10 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

**Advice number:** **00000110007**
Pay date: 03/13/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KALEISHA N MATTIS | xxxxxx8659 | xxxx xxxx | $4,448.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 081 |
|---|---|---|---|---|---|
| JPE | 000173 | 000001 | XN50K | 0000090007 | 1 |

# Earnings Statement

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 02/08/2026
Period Ending: 02/21/2026
Pay Date: 02/27/2026

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 64.00 | 6,730.77 | 31,346.13 |
| Holiday | | 8.00 | | |
| Pto | | 8.00 | | |
| **Gross Pay** | | | **$6,730.77** | 31,346.13 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -721 .55 | 3,076.06 |
| Social Security Tax | -411 .84 | 1,916.11 |
| Medicare Tax | -96 .31 | 448.12 |
| PA State Income Tax | -203 .93 | 948.79 |
| Philadelphia Income Tax | -230 .87 | 1,075.18 |
| PA SUI Tax | -4 .71 | 21.94 |
| **Other** | | |
| Medical | -11 .31* | 56.55 |
| Medical Fsa | -76 .92* | 384.60 |
| Mep 401K Loan 1 | -200 .92 | 1,004.60 |
| Met Shrt Trm Ds | -54 .52 | 253.91 |
| 401K Mep | -269 .23* | 1,253.84 |
| **Net Pay** | **$4,448.66** | |
| Checking | -4 ,448.66 | 20,906.43 |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31
Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 313.48 |
| Pto Hours Bal | 50.48 | |
| Totl Hrs Worked | 64.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

**Advice number:** **00000090007**
Pay date: 02/27/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KALEISHA N MATTIS | xxxxxx8659 | xxxx xxxx | $4,448.66 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JPE | 000173 | 000001 | XN50K | 0000070007 | 1 |

# Earnings Statement

ADP

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 01/25/2026
Period Ending: 02/07/2026
Pay Date: 02/13/2026

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6730.77 | 80.00 | 6,730.77 | 24,615.36 |
| Gross Pay | | | $6,730.77 | 24,615.36 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -721.55 | 2,354.51 |
| Social Security Tax | -411.84 | 1,504.27 |
| Medicare Tax | -96.32 | 351.81 |
| PA State Income Tax | -203.93 | 744.86 |
| Philadelphia Income Tax | -230.87 | 844.31 |
| PA SUI Tax | -4.71 | 17.23 |

| Other | this period | year to date |
|---|---|---|
| Medical | -11.31* | 45.24 |
| Medical Fsa | -76.92* | 307.68 |
| Mep 401K Loan 1 | -200.92 | 803.68 |
| Met Shrt Trm Ds | -54.52 | 199.39 |
| 401K Mep | -269.23* | 984.61 |
| Net Pay | $4,448.65 | |
| Checking | -4,448.65 | 16,457.77 |
| Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,373.31

Your PA taxable wages this period are $6,642.54
Your Philadelphia taxable wages this period are $6,730.77

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 67.31 | 246.17 |
| Pto Hours Bal | 53.86 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 5,961.53 TO 6,730.77.

© 2000 ADP, Inc.

ADP

**Advice number:** **00000070007**
Pay date: 02/13/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KALEISHA N MATTIS | xxxxxx8659 | xxxx xxxx | $4,448.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO. 050
JPE 000173 000001 XN50K 0000050007 1

# Earnings Statement

*SHIFT DEVELOPMENT & CONSTRUTION LLC*
*DBA:SHIFT CAPITAL*
*3525 I ST*
*PHILADELPHIA, PA 19134*

Period Beginning: 01/11/2026
Period Ending: 01/24/2026
Pay Date: 01/30/2026

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

**KALEISHA N MATTIS**
**1844 FORD ROAD**
**BRISTOL PA 19007**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5961.53 | 72.00 | 5,961.53 | 17,884.59 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$5,961.53** | 17,884.59 |

Your PA taxable wages this period are $5,873.30
Your Philadelphia taxable wages this period are $5,961.53

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -544 .32 | 1,632.96 |
| Social Security Tax | -364 .14 | 1,092.43 |
| Medicare Tax | -85 .16 | 255.49 |
| PA State Income Tax | -180 .31 | 540.93 |
| Philadelphia Income Tax | -204 .48 | 613.44 |
| PA SUI Tax | -4 .17 | 12.52 |

| Other | this period | year to date |
|---|---|---|
| Medical | -11 .31* | 33.93 |
| Medical Fsa | -76 .92* | 230.76 |
| Mep 401K Loan 1 | -200 .92 | 602.76 |
| Met Shrt Trm Ds | -48 .29 | 144.87 |
| 401K Mep | -238 .46* | 715.38 |
| **Net Pay** | **$4,003.05** | |
| Checking | -4 ,003.05 | 12,009.12 |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,634.84

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 59.62 | 178.86 |
| Pto Hours Bal | 49.24 | |
| Totl Hrs Worked | 72.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

**Advice number:** **00000050007**
Pay date: 01/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KALEISHA N MATTIS** | xxxxxx8659 | xxxx xxxx | $4,003.05 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**